Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 173.63.110.124,<br><br>            Defendant. | Civil Action No. 2:15-cv-04230-SDW-SCM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP Address 173.63.110.124. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 14, 2015

                                                            Respectfully submitted,

                                                            By:    /s/ *Patrick J. Cerillo*

1

Patrick J. Cerillo
pjcerillolaw@comcast.net
4 Walter Foran Blvd.
Suite 402
Flemington, NJ 08822
Attorney ID No.:  01481-1980
Telephone:  (908) 284-0997
Facsimile:  (908) 284-0915
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on October 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                        By:  /s/ *Patrick J. Cerillo*_____
                        Patrick J. Cerillo, Esq.